# UNITED STATES DISTRICT COURT
## District of Kansas

**UNITED STATES OF AMERICA,**          **Filed Under Seal**

      **Plaintiff,**

      v.                              CASE NO. 18-cr-10157-01-JWB

**DANIEL ERIC MERIDA,**

      **Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Sexual Exploitation of a Child – Production of Child Pornography**
**18 U.S.C. § 2251(a)**

Between June 21, 2015 and June 21, 2016, in the District of Kansas, the defendant,

**DANIEL ERIC MERIDA,**

knowingly used, persuaded, induced, enticed, and coerced a minor, Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, and knowing such visual depiction would be transmitted using any means or facility of interstate or foreign commerce and in and affecting interstate or foreign commerce, and such visual depiction was transmitted using any means or facility of interstate or foreign

commerce and in and affecting interstate or foreign commerce, in violation of Title 18 U.S.C. § 2251(a).

## COUNT 2

**Commission of certain felonies while required to register as a Sex Offender**
**18 U.S.C. § 2260A**

Between June 21, 2015 and June 21, 2016, in the District of Kansas, the defendant,

**DANIEL ERIC MERIDA,**

while being required to register as a sex offender under Federal law and the law of the State of Kansas, committed a felony offense involving a minor under § 2251, to wit, the offense listed in Count 1 of this Indictment, in violation of Title 18 U.S.C. § 2260A.

## COUNT 3

**Distribution of Child Pornography**
**18 U.S.C. § 2252A(a)(2)**

Between June 21, 2015 and June 21, 2016, in the District of Kansas, the defendant,

**DANIEL ERIC MERIDA,**

knowingly distributed child pornography, as defined in Title 18 U.S.C. § 2256(8)(A), using any means and facility of interstate or foreign commerce, shipped and transported in or affecting interstate or foreign commerce by any means including by computer, in violation of Title 18 U.S.C. § 2252A(a)(2) and (b)(1).

## COUNT 4

**Possession of Child Pornography**
**18 U.S.C. § 2252A(a)(5)(B)**

On or about March 18, 2018, in the District of Kansas, the defendant,

**DANIEL ERIC MERIDA,**

knowingly possessed any computer disk and other material that contained an image of child pornography, as defined in Title 18 U.S.C. § 2256(8)(A), that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and such image involved a prepubescent minor and a minor who had not attained the age of 12 years, all in violation of Title 18 U.S.C. § 2252A(a)(5)(B) and (b)(2).

## COUNT 5

### Transfer of Obscene Material to a Minor
### 18 U.S.C. § 1470

Between June 21, 2015 and June 21, 2016, in the District of Kansas, the defendant,

**DANIEL ERIC MERIDA,**

knowingly transferred obscene matter, to wit, a picture purportedly of his erect penis, to an individual who had not attained the age of 16 years, to wit, Minor Victim 1, knowing that such individual had not attained the age of 16 years, using any facility and means of interstate and foreign commerce, in violation of Title 18 U.S.C. § 1470.

## COUNT 6

### Commission of certain felonies while required to register as a Sex Offender
### 18 U.S.C. § 2260A

Between June 21, 2015 and June 21, 2016, in the District of Kansas, the defendant,

**DANIEL ERIC MERIDA,**

while being required to register as a sex offender under Federal law and the law of the State of Kansas, committed a felony offense involving a minor under § 1470, to wit, the offense listed in Count 5 of this Indictment, in violation of Title 18 U.S.C. § 2260A.

## FORFEITURE ALLEGATIONS

Upon conviction of any of the offenses in violation of 18 U.S.C. §§ 2251, 2252A(a)(2) or 2252A(a)(5), as set out in Counts 1, 3, and 4 of this Indictment, the defendant, **DANIEL ERIC MERIDA,** shall forfeit to the United States of America, pursuant to 18 U.S.C. § 2253(a)(3), any and all property used or intended to be used in any manner or part to commit or promote the commission of such offense of any property traceable to such property, including but not limited to:

Samsung Galaxy S7 smartphone.

All pursuant to Title 18 U.S.C. § 2253 (a).

**A TRUE BILL.**

November 6, 2018  /s/ Foreperson
DATE  FOREPERSON OF THE GRAND JURY

/s/Stephen R. McAllister
STEPHEN R. McALLISTER
United States Attorney
District of Kansas
1200 Epic Center, 301 N. Main
Wichita, Kansas 67202
(316) 269-6481
Ks. S. Ct. No. 15845
Stephen.McAllister@usdoj.gov

> It is requested that trial be held in
> **WICHITA, Kansas**